UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PAUL RUDOLPH FOUNDATION, INC.,

                        Plaintiff,

-against-

PAUL RUDOLPH HERITAGE
FOUNDATION, et al.,

                        Defendants.

No. 20 Civ. 8180 (CM)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/7/2021

## ORDER

McMahon, C.J.:

The motion to dismiss filed on December 24, 2020 (Dkt. 20) has been mooted by the filing of the First Amended Complaint (Dkt. 24). The clerk of court is directed to remove Dkt. 20 from the Court's list of open motions.

Dated: April 7, 2021

                                                                         _____
                                                                         Chief Judge

BY ECF TO ALL PARTIES AND COUNSEL