UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PAUL RUDOLPH FOUNDATION, INC.,

                Plaintiff,

-v-

PAUL RUDOLPH HERITAGE FOUNDATION and
ERNST WAGNER,

                Defendants.

CIVIL ACTION NO.: 20 Civ. 8180 (CM) (SLC)

**SCHEDULING ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

A Discovery Conference is scheduled for **Tuesday, June 29, 2021 at 10:00 am** on the Court's conference line to discuss the issues raised in Plaintiff's June 17, 2021 letter (ECF No. 48) and Defendants' June 19, 2021 letter in response (ECF No. 49). The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time.

The Clerk of Court is respectfully directed to close ECF No. 48.

Dated:     New York, New York
            June 21, 2021

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**