UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PAUL RUDOLPH FOUNDATION, INC.,

                Plaintiff,

-v-

PAUL RUDOLPH HERITAGE FOUNDATION and ERNST WAGNER,

                Defendants.

CIVIL ACTION NO.: 20 Civ. 8180 (CM) (SLC)

**ORDER**

**SARAH L. CAVE**, United States Magistrate Judge.

Before the Court is Defendants' request for an order compelling Plaintiff to run a search, pursuant to Paragraph D(3) of the parties' Electronic Discovery Protocol (the "Protocol" (ECF No. 47)), for emails responsive to a list of 15 search terms that Defendants served on June 29, 2021 (the "June 29 Search Terms"). (ECF No. 55). Plaintiff filed a letter opposing Defendants' request, and Defendants filed a reply letter in further support of their request. (ECF Nos. 57, 58).

Having reviewed the parties' submissions, and having heard the parties' arguments during the discovery conference held today, July 16, 2021, the Court GRANTS Defendants' request and ORDERS Plaintiff to conduct the email search contemplated by Paragraph D(3) of the Protocol using the June 29 Search Terms.

Dated:     New York, New York
            July 16, 2021

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**