UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PAUL RUDOLPH FOUNDATION, INC.,

                Plaintiff,

-v-

PAUL RUDOLPH HERITAGE FOUNDATION and
ERNST WAGNER,

                Defendants.

CIVIL ACTION NO.: 20 Civ. 8180 (CM) (SLC)

**ORDER**

**SARAH L. CAVE**, United States Magistrate Judge.

Before the Court is Plaintiff's request for a protective order. (ECF No. 60). Specifically, Plaintiff, whose search of its emails pursuant to the parties' Electronic Discovery Protocol (ECF No. 47) yielded 116,160 hits, seeks an order capping at 5,000 the number of responsive emails it must review for potential production. (ECF No. 60). Defendants oppose Plaintiff's request, and propose a 35,000-email cap. (ECF No. 62). Plaintiff filed a filed a reply letter in further support of its request reiterating its request for a 5,000-email cap. (ECF Nos. 63).

Having reviewed the parties' submissions, and having heard the parties' arguments during the discovery conference held today, September 22, 2021, the Court GRANTS IN PART and DENIES IN PART Plaintiff's request, and ORDERS a cap of 20,000 on the number of responsive emails the parties must each review for potential production.

The Clerk of Court is respectfully directed to close ECF No. 60.

Dated:     New York, New York
            September 22, 2021

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**