```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/16/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Paul Rudolph Foundation, Inc.,

                              Plaintiff(s),

              -against-

Paul Rudolph Heritage Foundation, et al.,

                            Defendant(s),

No. 20 Civ. 8180 (CM)(SLC)

*Amended*
ORDER OF REFERENCE TO
MAGISTRATE JUDGE

The above entitled action is referred to the Honorable Sarah L. Cave, United States Magistrate Judge for the following purpose(s):

- ☐ General pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)
- ☐ Specific non-dispositive motion/dispute:*
  _____
  _____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

- ☑ Settlement
- ☐ Inquest after default/damages hearing

- ☐ Consent under 28 U.S.C. § 636(c) for all purposes (including trial)
- ☐ Consent under 28 U.S.C. § 636(c) for limited purpose (*e.g.*, dispositive motion, preliminary instruction)
  Purpose: _____
- ☐ Habeas corpus
- ☐ Social security
- ☐ Dispositive motion (*i.e.*, motion requiring a Report and Recommendation)
  Particular motion: _____
  _____
  All such motions: _____

*Do not check if already assigned for general pretrial.

Dated: November 16, 2021
       New York, NY

SO ORDERED:

*[signature]*

Hon. Colleen McMahon
United States District Judge