UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PAUL RUDOLPH FOUNDATION, INC.,

                Plaintiff,

-v-

PAUL RUDOLPH HERITAGE FOUNDATION and ERNST WAGNER,

                Defendants.

CIVIL ACTION NO.: 20 Civ. 8180 (CM) (SLC)

**ORDER**

**SARAH L. CAVE**, United States Magistrate Judge.

Before the Court is the parties' joint letter outlining their "dispute regarding the number of reviewable hits generated by Plaintiff's terms[.]"  (ECF No. 117 (the "Letter")).  Having reviewed the Letter, and having considered the case history relevant to this dispute, the Court AMENDS its September 22, 2021 Order concerning its limit on the number of reviewable emails (ECF No. 65), and ORDERS a cap of 25,000 on the number of responsive emails the parties must each review for potential production.

Dated:      New York, New York
               December 5, 2022

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**