UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PAUL RUDOLPH FOUNDATION, INC.,

                Plaintiff,

-v-

PAUL RUDOLPH HERITAGE FOUNDATION and
ERNST WAGNER,

                Defendants.

CIVIL ACTION NO.: 20 Civ. 8180 (CM) (SLC)

**ORDER**

**SARAH L. CAVE**, United States Magistrate Judge.

Before the Court is Defendants' request for an order directing Plaintiff to re-designate the documents (the "Documents") and interrogatory responses (the "Interrogatory Responses") Plaintiff produced with the designation "Confidential – Attorneys' Eyes Only" ("AEO"), or "find that the AEO designation should be lifted from all documents." (ECF No. 121). The parties shall promptly meet and confer to select 20 exemplar Documents (the "Exemplars") and, by **January 20, 2023**, Plaintiff shall submit the Exemplars and unredacted Interrogatory Responses to the Court for <u>in camera</u> review. The Court will provide Plaintiff with a link to submit these documents through the Court's file-share system.

Dated:     New York, New York
            January 17, 2023

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**